NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTIAN ALVARADO,            )
                               )
          Appellant,           )
                               )
v.                             )          Case No. 2D18-3151
                               )
STATE OF FLORIDA,              )
                               )
          Appellee.            )
_____)

Opinion filed May 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

Howard L. Dimmig, II, Public Defender, and
Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.


PER CURIAM.


          Affirmed.


KHOUZAM, BLACK, and SALARIO, JJ., Concur.